COMMONWEALTH *vs.* ROBERT HICKSON, JR. February 14, 1974. This case was entered and the defendant's brief filed prior to the decision of *Commonwealth* v. *Hughes,* 364 Mass. 426 (1973). The case is governed in every respect by that decision.

*Exceptions overruled.*

*William A. Nelson & John F. Palmer* for the defendant submitted a brief.